# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ANTONIOLE CUBA, | § |
| Plaintiff, | § |
| v. | § Case No. 6:18-cv-628-JDK-KNM |
| KRISTIN BURNETT, et al., | § |
| Defendants. | § |

## FINAL JUDGMENT

The Court, having considered Plaintiff's claims and rendered its decision by opinion issued this same date, hereby enters **FINAL JUDGMENT**.

It is **ORDERED** that Plaintiff's claims in this action are **DISMISSED** for failure to state a claim upon which relief can be granted, with prejudice as to the filing of another *in forma pauperis* complaint raising these allegations in federal court, but without prejudice as to any claims for deprivation of property which Plaintiff may wish to pursue in state court or through the administrative processes of TDCJ-CID.  All pending motions are **DENIED** as **MOOT**.

The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **15th** day of **January, 2021.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE